## APPENDIX C

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing _Complaint + 50 Exhibits_
(Insert name of document)
was mailed/delivered to _Donald Sandidge, Alan Napp, Schrimpf_
_The City of Alton Ill      And its police dept._

_____
{Insert name of defendant(s) and address(es) or name of attorney(s) and address(es)}

on __16·Oct.__, 200_9_.

_____
(Sign/print your name)