**FILED**

OCT 15 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT DALE LAMON** )
**Plaintiff,** )
**V** )   **NO.09-CV-879-WDS**
**DONALD E. SANDIDGE, ALAN NAPP,** )
**SCHREMPF LAW FIRM, THE CITY OF** )
**ALTON, ILLINOIS, AND ITS'** )
**POLICE DEPARTMENT,** )
**Defendants.**

### Plaintiffs' Affidavit Amending Complaint As Ordered By the Honorable WILLIAM D. STIEHL IN SUPPORT OF PLAINTIFF CASE NO. 09-CV-879-WDS. BEFORE THIS COURT.

My name is Robert Dale Lamon I am a citizen of Alton and the State of Illinois, same state that crimes by defendants were committed against plaintiff, and reported to this court on a number of occasions, to be denied and dismissed by District Judge William Stiehl, by constructive means and concretive handling. I am the plaintiff in this instance case seeking Compensatory and punitive damages; by jury trial demand.

The constitution of the United States provides that plaintiff is guaranteed due process of law, under the 14th amendment and its' equal protection clause. Residing judge William Stiehl is on official court records suppressing plaintiffs' evidence and committing fraud; by changing the way that plaintiffs' law suit was filed, and requiring plaintiff to provide an address for Donald Sandidge after making the changes, to deny plaintiff due process under the color of law .at all times ; failing or refusing to allow plaintiff the right and entitlement to process server, and summons defendants; to answer and file a response as required by law 14th amendment under due process .

Plaintiff is a qualified member of a protected group covered under the civil rights act of 1964 as amended in 1978,a team of white men are on record discriminating against plaintiff for protected reasons, and judge Stiehl is on record protecting the constructive willfulness actions, by baring plaintiffs 'law suits from the full court ,and jury demand.

According to law, anyone who breaks the law is a criminal. Plaintiff has the right to face his accusers, but judge Stiehl is defending defendant's unlawful actions and interfering with plaintiffs' rights to due process.

The record show that all of plaintiffs' law suits contesting defendants actions are dismissed and denied by officers of the courts, judge duff of the circuit court and Judge Stiehl U.S. District court, this has to mean that there was never a conviction judgment against plaintiff for operating a business without a license, Judge Stiehl willfully lied in his order dated 9-20-2010, about the false arrest; and that plaintiff failed to prosecute; Judge Stiehl failed to allow plaintiffs' law suit to go forward under code of law, and pre-trial discover (due process). Judge Stiehl; attorney Alan Nap, and SCHREMPF LAW FIRM, committed Fraud. <u>Fraud is generally defined in the law as an intentional misrepresentation of material existing fact made by one person to another with knowledge of its falsity and for the purpose of inducing the other person to act, and upon which the other person relies with resulting injury or damage. Fraud may also be made by an omission or purposeful failure to state material facts, which nondisclosure makes other statements misleading.</u>

Attorney Alan Nap, entered three judgments against plaintiff in the circuit court of Madison county, by way of fraud on the court; without a court date or trial ;these are the same charges that was dismissed; denied and suppressed by judge Stiehl ,and one of the judgment entered was the unfounded allegation of operating without a city lic.; see attached exhibits, by reference numbers(04-0v-100533;04-ov-100534 and     05-0v-101079. The date that attorney Alan Napp entered these fraudulent judgment was 11-07-08; the conviction date is 3-25-09 entered by Judge Grounds of the circuit court of Madison county. Plaintiff seeks injunctive relief and has demonstrated over and over again that he has no adequate remedy at law, and has suffered irreparable harm ;preliminary relief is denied see case law "Abbott Labs v.Meads Johnson &Co.,971 F.2d 6,11(7th Cir.1992);Joelner v.Vill. Of Wash. Park, 378F.3d 613,619 (7th Cir.2004), the courts has never convicted plaintiff of any charges referenced in this matter, but the court is imposing punishment upon plaintiff as if the legated charges were convictions. See exhibit marked booking sheet this document was a primary part of the evidence filed with the court at the time Judge Stiehl denied process server; the police did not have probable cause to arrest plaintiff for being on property that plaintiff own and the police narrative reported and admitted that Robert D. Lamon was taken into custody at 1312 central Ave. for operating a business without a license. Lamon was observed on the property of 1312 central Ave. being a prior business operated and owned by Robert D. Lamon. Lamon was subsequently taken into

Custody, transported to police headquarters where he was booked and released on city ordinance after being given a notice to appear. This notice was constructed to follow a string of docket calls; after which attorney Alan Napp; entered a false judgment without, a court date or hearing conviction. See exhibit; A- 05-0v-101079; this incident was brought to the attention of Attorney James SCHREMPF; of Schrempf LAW FIRM; attorney Naps' employer, under the full court of Madison county; residing Judge: Grounds; attorney James Schrempf testified that he was going to let attorney Napp handle the matter; attorney Schrempf's' testimony validated attorney Naps' intent to commit fraud on the court and against plaintiff. The honorable Judge William Stiehl; suppressed all of plaintiffs' evidence, and denied process server and; plaintiffs' due process, under the color of law. The city administration Donald Sandidge;Alice Martin; attorney;  **Jeff Weishaupt** used the three false judgments entered by attorney Alan Napp,to disqualify plaintiff from running for public office; and to cause plaintiff public embarrassment .collectively ,every name ;every date and every incident  referenced in plaintiffs' case number (3:05-cv-745-WDS)and (09-cv-879-WDS) gives a full description of the conspiracy ;lies fraud, and violations of law 'relative to plaintiffs' complaints before the court . And again it is Judge William Stiehl acting or reacting as a shield to prevent defendants and him from being brought to justice, the paper trial that plaintiff filed with the courts makes it possible for any investigator to discover and validate the facts that make up the complaints and unlawful activities in this instance case.
The exhibits attached hereto this affidavit further show that each time that an incident was reported to the proper authorities they simply ignored it by saying that they did not know what plaintiff was saying and that plaintiff did not name any dates or persons in his complaints and finally that attorney Alan Napp did not mean to lie and commit fraud against plaintiff Robert lamon and on the court. The fact speak for itself in this matter, Judge Stiehl is denying plaintiff due process pre-trial discovery; process server; the right to face the accusers, and plaintiffs' day in court; at the same time judge Stiehl states that plaintiff complaint has un-named persons and no date of incident attached; which judge Stiehl changes plaintiffs' law suit to read Lamon v. Sandidge, then orders plaintiff to provide an address for Sandidge, and orders plaintiff to amend his complaint. And on occasion Judge Stiehl dismisses plaintiffs' complaint for failure to state a claim. Judge Stiehl knows that plaintiff never with draw his jury demand ;but the honorable Judge ;is on record time and time dismissing and denying plaintiffs' complaint without a hearing that is supported by pre-trial discovery and the evidence that plaintiff filed with the court.

Plaintiff integrated the exhibits and incorporated the effects herein this affidavit. For all reasons stated herein this affidavit and the whole record plaintiff demand due process pre-trial discovery; process server and summary judgment subsequent to jury-trial demand, by way of expedited handling.

Respectfully submitted this 15th day of October, 2010

*Robert Dale Lamon*

**ROBERT DALE LAMON**
**1310-1312 CENTRAL AVE.**
**ALTON ILLINOIS 62002**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 15 DAY OF October, 2010,
BY Robert Dale Lamon

NOTARY PUBLIC

OFFICIAL SEAL
WILLIAM E MIXON III
Notary Public - State of Illinois
My Commission Expires Jun 3, 2011